```
 1  HEIDE KURTZ
    2515 S. WESTERN AVE.
 2  SUITE 11
    SAN PEDRO, CA  90732
 3  Phone (310) 832-3604
    trustee@hkurtzco.com
 4
 5  CHAPTER 7 TRUSTEE
 6
 7              UNITED STATES BANKRUPTCY COURT
 8               CENTRAL DISTRICT OF CALIFORNIA
 9
10  In re:                      )   Case No. 2:14-bk-28992 BR
                                )   Chapter 7
11  BARBARA DUFFY               )
                                )
12                              )   NOTICE OF UNCLAIMED
                                )   DIVIDEND(S)
13                              )   (FRBP 3011)
                                )
14                              )
              Debtor(s)         )
15
16          TO THE CLERK OF THE ABOVE-ENTITLED COURT
17      Please find annexed hereto Check No. 138739 in the sum of $6,725.11 representing the total
18  amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in
19  the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s),
20  address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.
21
22  Dated: October 14, 2015
23                                              _____
                                                HEIDE KURTZ, TRUSTEE
24
25
26
27
28
```

1

1  CREDITOR

2  CLAIM #3
   BANK OF AMERICA
3  P. O. BOX 982284
   EL PASO, TX 79998
4  $6,725.11

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2515 S. WESTERN AVENUE, SUITE 11, SAN PEDRO, CA 90732

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF TRUSTEE UNDER BK RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) OCT 14 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Martin D Gross**   martin@lawgross.com
   - **Heide Kurtz (TR)**   trustee@hkurtzco.com, ecf.alert+Kurtz@titlexi.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
   - **Gilbert B Weisman**   notices@becket-lee.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) OCT 14 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell / 255 E. Temple Street #1660 / Los Angeles, CA 90012

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| OCT 14 2015 | Martha Quintero | *Martha Quintero* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3

June 2012                                                                                 F 9013-3.1.PROOF.SERVICE